OPINION — AG — ** JURORS — FEE SCHEDULES ** IN THOSE CASES WHERE THE AMOUNT PRAYED FOR IN THE PETITION, EXCLUSIVE OF INTEREST AND COST, DOES NOT EXCEED $200 THE JURORS' FEES MUST BE ADVANCED AND TAXED AS PROVIDED IN THE STATUTORY LANGUAGE AT THE RATE OF 50 CENTS PER DAY PER JUROR. CITE: 12 O.S. 932 [12-932], 20 O.S. 660 [20-660], 28 O.S. 31 [28-31] [28-31], 28 O.S. 51 [28-51], 28 O.S. 86 [28-86] [28-86] (SAM H. LATTIMORE)